No. 11–8190. RODRIGUEZ-BARRERA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8193. KLYNSMA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–8198. SMITH *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–8199. STALLWORTH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–8202. CHANLEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8208. KASPROWICZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8210. JAMES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–8211. JEEP *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–8212. BAKER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–8215. BOWLING *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–8217. TAYLOR *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–8218. ORTIZ-ORTIZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8222. JACKSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–8223. THOMAS *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 11–8224. TUKES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–8233. STOUT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.